1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

CARLOS M. ROSALES; GLORIA S. ROSALES,

Plaintiff,

vs.

THE MORTGAGE STORE FINANCIAL INC.; INDYMAC FINANCIAL SERVICES; COUNTRYWIDE HOME LOANS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; and DOES 1-100,

Defendant.

CASE NO. 09cv235 - IEG - JMA

ORDER GRANTING PLAINTIFFS' REQUEST TO AMEND COMPLAINT AND CONTINUING HEARING ON MOTIONS TO DISMISS

On March 9, 2009, plaintiffs requested the Court to enlarge the time to file a first amended complaint. The Court construes this request as a motion for leave to amend. Federal Rule of Civil Procedure 15 states, "[a] party may amend its pleading once as a matter of course at any time before a responsive pleading is served . . . ." This will be Plaintiffs' first amendment and Defendants have not filed a responsive pleading. Rick-Mik Enterprises, Inc. Equilon Enterprises LLC, 532 F.3d 963, 977 (9th Cir. 2008)("motion to dismiss is not a responsive pleading within the meaning of Rule 15(a)."). The Court, therefore, **GRANTS** plaintiffs leave to file an amended complaint on or before March 23, 2009. The hearing scheduled for March 23, 2009 on defendant Indymac's motion to dismiss and defendant Countrywide's motion to dismiss is continued to April 7, 2009 at 10:30 a.m.

**IT IS SO ORDERED.**

**DATED:  March 17, 2009**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**