# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS M. ROSALES, GLORIA S. ROSALES,<br><br>Plaintiffs,<br><br>vs.<br><br><br>THE MORTGAGE STORE FINANCIAL, INC; INDYMAC FINANCIAL SERVICES; COUNTRYWIDE HOME LOANS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1-100; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE BANK, F.S.B.; RECONTRUST COMPANY; INDYMAC BANK, F.S.B.; FEDERAL DEPOSIT INSURANCE CORPORATION; ONE WEST BANK, F.S.B.; IMB HOLD CO., LLC; IMB MANAGEMENT HOLDINGS, LP; BANK OF AMERICA CORPORATION; ANGELO MOZILO; DAVID SAMBOL; COUNTRYWIDE HOME LOANS, INC.,<br><br>Defendants. | CASE NO. 09cv235 - IEG - JMA<br><br>ORDER<br><br>(1) DENYING AS MOOT THE MOTION TO DISMISS OF INDYMAC FINANCIAL SERVICES<br><br>(2) DENYING AS MOOT THE MOTION TO DISMISS OF COUNTRYWIDE HOME LOANS<br><br>[Doc. Nos. 7,8] |

//
//
//

Presently before the Court are (1) a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) filed by defendant Indymac Financial Services and (2) a 12(b)(6) motion to dismiss filed by defendant Countrywide Home Loans. (Doc. Nos. 7,8.) On March 23, 2009, plaintiffs filed their First Amended Complaint. (Doc. No. 14). Therefore, the Court DENIES AS MOOT the motion to dismiss of Indymac Financial and the motion to dismiss of Countrywide Home Loans. Further, the Court VACATES the hearing associated with these motions, which was set for April 7. 2009 at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: March 25, 2009

_____
IRMA E. GONZALEZ, Chief Judge
United States District Court